# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LEONARD WAYNE TAYLOR,**

        Plaintiff,        Case No.: 19-cv-01778

v.

**DAN LAHARE,**

        Defendant.

## ORDER ON PLAINTIFF'S MOTIONS FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

On February 10, 2022, *pro se* plaintiff Leonard Wayne Taylor filed two motions to compel non-defendants Robert Boston and Jeanean Keske to testify before a jury at trial and to be able to interview them via ZOOM in preparation for trial. (ECF Nos. 83, 84.) Taylor's motions are premature.

Currently, this case is in the discovery phase and dispositive motions on the merits of the case are not due until April 5, 2022. Additionally, Taylor has filed a motion for summary judgment that is still in the briefing stages. Trial will not be considered until the summary judgment motions are resolved. In the event this case survives summary judgment, the court will set a status conference to discuss next steps, including discussing how Taylor may make arrangements to get the necessary witnesses he needs to appear at trial. The court **DENIES** Taylor's motions (ECF Nos. 83, 84) as premature.

Dated at Milwaukee, Wisconsin this 14th day of February, 2022.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge