# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LEONARD WAYNE TAYLOR,**

        **Plaintiff,**        Case No.: 19-cv-01778

v.

**DAN LAHARE,**

        **Defendant.**

## ORDER

On February 22, 2022, *pro se* plaintiff Leonard Wayne Taylor filed a motion requesting the court order the defendant to produce pictures of his broken nose, which Taylor explains is necessary to defend the defendant's motion for summary judgment. (ECF No. 98.) The defendant did not file a response to this motion.

As such, the defendants must either produce the requested pictures to Taylor or file an explanation with the court explaining why they are unable to do so by April 18, 2022. The court notes that this is when Taylor's summary judgment response is due. As such, the court will extend Taylor's deadline to file a response to the defendant's motion for summary judgment to May 18, 2022.

**IT IS THEREFORE ORDERED** that the defendant must produce the pictures requested by Taylor to Taylor or file a response with the court explaining why they are unable to do so by **April 18, 2022**.

**IT IS FURTHER ORDERED** that Taylor's deadline to respond to the defendant's motion for summary judgment is now **May 18, 2022**. The defendant's reply, should they wish to file one, is due in accordance with the applicable local rules.

Dated at Milwaukee, Wisconsin this 12th day of April, 2022.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge